JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ERNIE R. PEREZ JR., an individual,

Plaintiff,

v.

GENERAL MOTORS LLC, a Delaware limited liability company; and DOES 1-10, inclusive,

Defendants.

Case No. 2:25-cv-07575-AB-SK

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **90 days** upon good cause shown if the settlement is not completed.

All trial and related deadlines are hereby **VACATED**.

Dated: November 18, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE